IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>AARON C. KREIFELS,<br><br>            Defendant. | 4:15CR3075<br><br>ORDER |

     Defendant's anticipated graduation from treatment at Summit Care & Wellness is Friday, October 16, 2015. He has filed a motion for release to live with his parents in Grand Island, Nebraska until he can enter ReLeasT, a halfway house in Nebraska City, Nebraska on October 26, 2015.

     The court believes Defendant's release to the Grand Island area, even temporarily, poses a risk of relapse. Moreover, there are remaining issues the defendant can work on at Summit Care until his opening is available at ReLeasT. Therefore, at the request of the undersigned magistrate judge, the defendant's contract to remain at Summit Care & Wellness has been extended to Monday, October 26, 2015.

     Accordingly,

     IT IS ORDERED that Defendant's motion for release to live with his parents in Grand Island, Nebraska from October 16-26, 2015, (Filing No. 31), is denied.

October 15, 2015                            BY THE COURT:

                                                              *s/ Cheryl R. Zwart*
                                                              United States Magistrate Judge