IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:15CR3075 |
| vs. | ORDER |
| AARON C. KREIFELS, | |
| Defendant. | |

IT IS ORDERED:

1) The government's motion to continue, (filing no. 37), is granted.

2) The evidentiary hearing on Defendant's motion to suppress, (filing no. 28), will be held before the undersigned magistrate judge on December 3, 2015 at 9:00 a.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska. Three hours have been set aside for this hearing.

November 16, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge