IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. AARON C. KREIFELS, Defendant. | 4:15CR3075 ORDER |

IT IS ORDERED:

1) The defendant's motion, (filing no. 47), is granted.

2) Defendant may travel with his parents to St. Louis, Missouri from December 28, 2015, thru December 30, 2015. Prior to departing for the trip, he shall provide his supervising pretrial services officer with information regarding the hotel he will be staying in, and information for contacting the family while in St. Louis.

December 10, 2015

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge