IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>AARON C. KREIFELS,<br><br>        Defendant. | 4:15CR3075<br><br>**ORDER** |

Upon the defendant's motion, (Filing No. 54), which is hereby granted:

IT IS ORDERED:

1) The court's prior orders setting release conditions are modified as follows:

   a. Upon completion of Defendant's programming at ReleaseT, Defendant may return to his residence in Grand Island, Nebraska.

   b. Upon release from ReleaseT, Defendant shall enroll in appropriate aftercare and counseling as directed, and he will continue to attend NA/AA meetings three times a week and maintain contact with his sponsors.

2) All other terms of the court's prior release orders, including the conditions of release and the sanctions and penalties for violating those conditions, remain in effect.

January 29, 2016.

                                      BY THE COURT:

                                      *s/ Cheryl R. Zwart*
                                      United States Magistrate Judge